# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PURVETTE BRYANT,**

        **Plaintiff,**

**-vs-**           Case No. 6:05-cv-1710-Orl-31DAB

**ORLANDO SENTINEL COMMUNICATIONS COMPANY,**

        **Defendant.**

_____

## ORDER

This matter comes before the Court *sua sponte*. The United States Code provides that a judge "shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a). Due to a series of columns written about my wife by a purported decision maker in this case, I find that my impartiality might reasonably be questioned and the interests of justice would be served by recusal. The Clerk of Court is directed to reassign this case to another District Judge.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 10, 2006.

                                              GREGORY A. PRESNELL
                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party